```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

CATHY D. BROOKS-MCCOLLUM,       :
                                :
            Plaintiff,          :
                                :
    v.                          :   Civil Action No. 04-1419 JJF
                                :
STATE OF DELAWARE, DELAWARE     :
CHANCERY COURT, DONALD          :
PARSONS, Vice Chancellor,       :
                                :
            Defendants.         :

## O R D E R

At Wilmington, this 15th day of August 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion To Dismiss Complaint (D.I. 17) is **GRANTED**.


August 15, 2005                     [signature: Joseph J. Farnan Jr.]
    DATE                            UNITED STATES DISTRICT JUDGE