In the United States District Court
For The District Of Delaware



CATHY D. BROOKS-McCOLLUM,
& Emerald Ridge Service Corporation
115 Emerald Ridge Drive
Bear, DE  19701
(302) 832-2694
    **Plaintiff(s)**

vs.

State Of Delaware
Delaware Chancery Court
Chancery Court &
Vice Chancellor Donald Parsons
(Individually and in his official capacity as
Justice of the Chancery Court of New Castle County Delaware)
New Castle County Courthouse
500 North King Street
Suite 11400
Wilmington, DE  19801
    **Defendants**

Civil Action No.   04-1419  JJF

**JURY TRIAL DEMANDED**



FILED
SEP - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO CORRECT

Prior to the Appeal being filed against the following Defendants Plaintiff Cathy D. Brooks-McCollum hereby requests that the US District Court correct the courts error in docketing the Appeal, as the appeal was filed as shown in Exhibits A and B and the record should reflect this properly.  Pursuant Fed.R.Civ.P Rule 60.  The error of the court docketing the case incorrectly is not a harmless error as Fed.R.Civ.P Rule 61 would provide, instead this error carries over to District Court action 04-0419(JJF), where State Farm is claiming they have represented Emerald Ridge and 04-0703(JJF) where there are not any valid Directors improperly utilizing Corporation funds., when none of the parties in those pleadings were valid Directors or confirmed by any other court, as Plaintiff was in the Delaware Supreme Court.  Whereby, Plaintiff should be allowed to reargue her pleading being corrected pursuant Delaware Rules Of Civil Procedure 7.1.5 and pursuant Fed.R.Civ.P Rule 60.  The error made by the courts docketing is substantial and would hurt both Emerald Ridge Service Corporation and Plaintiff Brooks-McCollum.  It is clear by the filings and by the Complaint that these proceedings were filed in this Court for Cathy Brooks-McCollum and Emerald Ridge Service Corporation.

*[signature: Cathy Brooks-McCollum]*
Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE 19701
(302) 832-2694

In the United States District Court

For The District Of Delaware

**CATHY D. BROOKS-McCOLLUM,**          Civil Action No.    04-1419
**& Emerald Ridge Service Corporation**
115 Emerald Ridge Drive
Bear, DE  19701
(302) 832-2694
    **Plaintiff(s)**

vs.                                    **JURY TRIAL DEMANDED**

**State Of Delaware**
**Delaware Chancery Court**
**Chancery Court &**
**Vice Chancellor Donald Parsons**
**(Individually and in his official capacity as**
Justice of the Chancery Court of New Castle County Delaware)
New Castle County Courthouse
500 North King Street
Suite 11400
Wilmington, DE  19801
    **Defendants**

### CERTIFICATE OF SERVICE

    I Cathy D. Brooks-McCollum hereby certify that on this 31st day of August 2004, I caused to be served a true and correct copy of the foregoing Complaint regular postage mail, postage prepaid, upon Gregg E. Wilson, I.D. #85, Stephani J. Ballard, I.D. #3481, Deputy Attorneys General, Carvel State Office Building 820 North French Street, Wilmington, De  19801, (302) 577-8400.

_/s/ Cathy D. Brooks-McCollum_
Cathy D. Brooks-McCollum (Pro Se)
115 Emerald Ridge Drive
Bear, DE  19701
(302) 832-2694





United States District Court
For The District of Delaware
Boggs Building
844 North King Street
Lock box 18
Wilmington, DE 19801

X-RAY

115 Emerald Ridge Drive
Bear, DE 19701