August 31, 2005


United States District Court For The District Of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801

Gregg E. Wilson, I.D. #85
Stephani J. Ballard, I.D. #3481
Deputy Attorneys General
Carvel State Office Building
820 North French Street
Wilmington, De 19801
(302) 577-8400

RE District Court Civil Action 04-1419

The Exhibits were missing from the Motion To Correct pursuant the Appeal of the District Courts Decision.

Please docket the Exhibits for the Motion dated August 31, 2005

Sincerely,

*Cathy Brooks-McCollum*

Cathy Brooks-McCollum
115 Emerald Ridge Drive
Bear, DE 19701
(302) 521-1241

FILED
SEP - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE