# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

DISTRICT COURT
DOCKET NUMBER: 04-1419 JJF

Cathy D. Brooks-McCollum

v.

DISTRICT COURT
JUDGE: Joseph J. Farnan Jr.

State of Delaware, Delaware Chancery Court, Donald Parsons

Notice is hereby given that Cathy D. Brooks-McCollum
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on August 15, 2005
(date)

Dated: _____

FILED
SEP - 9 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Cathy Brooks-McCollum
(Counsel for Appellant-Signature)

Cathy D. Brooks-McCollum
(Name of Counsel - Typed)

115 Emerald Ridge Drive
(Address)

Bear, DE 19701
(City, State Zip)

302-521-1241
(Telephone Number)

Stephani J. Ballard & Gregs E. Witson
(Counsel for Appellee)

Deputy Attorney General
Carvel State Office Building
820 North French Street
(Address)

Wilmington DE 19801
(City, State Zip)

(302) 577-8400
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.





United States District Court
For The District of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801

PO Box 19146
Wilmington, DE 19850