## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| CATHY D. BROOKS-MCCOLLUM, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| v. | ) | | |
| | ) | | |
| STATE OF DELAWARE, | ) | C.A. No. 04-1419 | |
| DELAWARE CHANCERY COURT, and | ) | | |
| DONALD PARSONS, Vice Chancellor, | ) | | |
| | ) | | |
| Defendants. | ) | | |

### NOTICE OF ATTORNEY APPEARANCE – SUBSTITUTION OF COUNSEL

Please substitute the appearance of Stephani J. Ballard, Esquire, Deputy Attorney General for Gregg E. Wilson, Esquire on behalf of the following defendants: State of Delaware, Delaware Chancery Court and Donald Parsons, in the above captioned matter.

          /s/ Stephani J. Ballard   
Stephani J. Ballard (ID #3481)
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street
Wilmington, DE 19801
(302)577-8400

Dated: September 29, 2005

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on September 29, 2005, she caused two (2) copies of the attached **NOTICE OF ATTORNEY APPEARANCE – SUBSTITUTION OF COUNSEL** to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Cathy D. Brooks-McCollum | Gregg E. Wilson, Esquire |
| P.O. Box 12166 | New Castle County Law Department |
| Wilmington, DE 19850 | New Castle County Government Center |
| | 87 Reads Way |
| | New Castle, DE 19720 |

**MANNER OF DELIVERY:**

\_\_\_\_\_   One true copy by facsimile transmission to each recipient.

  X    Two true copies by first class mail, postage prepaid, to each recipient and E-Service (ECF/PACER).

\_\_\_\_\_   Two true copies by Federal Express.

\_\_\_\_\_   Two true copies by hand delivery to each recipient.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants