IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY D. BROOKS-MCCOLLUM, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1419 JJF |
| STATE OF DELAWARE, DELAWARE CHANCERY COURT, and VICE CHANCELLOR DONALD PARSONS, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, Plaintiff filed a Motion To Correct (D.I. 24);

WHEREAS, Plaintiff's Motion does not specify the error she requests the Court to correct;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion To Correct (D.I. 24) is **DENIED**.

November 4, 2005
DATE

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE