UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-4219

CATHY D. BROOKS-MCCOLLUM,

Appellant

v.

STATE OF DELAWARE;
DELAWARE CHANCERY COURT;
VICE CHANCELLOR DONALD PARSONS,
Chancery Court

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civ. No. 04-cv-01419)
District Judge:  Honorable Joseph J. Farnan, Jr.

Submitted Under Third Circuit LAR 34.1(a)
September 15, 2006

Before:  FUENTES, FISHER and McKAY,[*] *Circuit Judges*.

JUDGMENT

This cause came on to be considered on the record from the United States

---

[*]The Honorable Monroe G. McKay, United States Circuit Judge for the Tenth Circuit, sitting by designation.

District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on September 15, 2006.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 15, 2005, be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

Costs taxed against Appellant.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 11 January 2007

**Certified as a true copy and issued in lieu of a formal mandate on** February 2, 2007

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**