OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

| Marcia M. Waldron | FOR THE THIRD CIRCUIT | Telephone |
|---|---|---|
| Clerk | 21400 United States Courthouse | 267-299-4916 |

601 Market Street
Philadelphia PA 19106-1790

www.ca3.uscourts.gov

February 2, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 05-4219**
    **Brooks-McCollum  vs. State of Delaware**
    **D.C. No. 04-cv-01419**

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case. The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   We return herewith the certified partial record in the case consisting of DC Documents 1 through 21.

   Kindly acknowledge receipt for same on the enclosed copy of this letter.

   Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                        Very truly yours,
                        MARCIA M. WALDRON
                        Clerk


                        /s/ Anthony Infante
                 By:    Anthony W. Infante
                        Case Manager


Enclosure

cc:
        Cathy D. Brooks-McCollum
          Stephani J. Ballard, Esq.